UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT S. GANS                              :
                                            :    ECF Case
                    Petitioner,             :
                                            :
    -against-                               :    07 CV 9328 (LTS)
                                            :
BERNSTEIN LITOWITZ BERGER                   :    **Waiver of Service**
& GROSSMANN LLP                             :
                                            :
                    Respondent.             :
-------------------------------------------------------------x

TO:    Rosalind S. Fink (RF – 2492)
       Brill & Meisel
       845 Third Ave., 16th Fl.
       New York, NY 10022
       (212) 753-5599

    The law firm Kramer Levin, Naftalis & Frankel LLP is representing Bernstein Litowitz Berger & Grossmann LLP, the Respondent in the above-captioned action and I am authorized to accept service of process on Respondent's behalf. I acknowledge receipt of your request that Respondent waive service of the Summons and Petition in the above-captioned action and have received two copies of the Summons and the Petition in this action and a means by which I can return this waiver to you without cost to Respondent.

    Respondent agrees to save the cost of service of a Summons and an additional copy of the Petition in this lawsuit by not requiring that Bernstein Litowitz Berger & Grossmann LLP be served with judicial process in the manner provided by Rule 4.

    Bernstein Litowitz Berger & Grossmann LLP will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons and petition.

    I understand that judgment may be entered against Bernstein Litowitz Berger & Grossmann LLP if an answer or motion under Rule 12 is not served upon you within 60 days from October 19, 2007.

Dated: October 31, 2007

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    *Attorneys for Respondent Bernstein Litowitz Berger &*
                                    *Grossmann LLP*

                                    By: _____
                                    Norman C. Simon (NS-1407)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 715-9100