UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT S. GANS,

        Petitioner,

    -against-

BERNSTEIN, LITOWITZ, BERGER &
GROSSMANN LLP.

        Respondent(s).
------------------------------------------------------------X

No. 07 Civ. 9328 (LTS)(THK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

Tamara Lomax, being duly sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age and reside c/o Brill & Meisel, 845 Third Avenue, 16th Floor, New York, New York 10022.

2. On October 31, 2007, I served the within **ORDER OF THE HON. LAURA T. SWAIN DATED OCTOBER 30TH, 2007** in the above-referenced action by depositing a true copy thereof by in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State to the parties listed below at the addresses indicated:

Norman Simon, Esq.                  Barry Berke, Esq.
Kramer Levin Neftalis & Frankel     Kramer Levin Neftalis & Frankel
1177 Avenue of the Americas        1177 Avenue of the Americas
New York, New York 10036          New York, New York 10036

3. On October 31, 2007, Ashley Normand of Brill & Meisel served said **ORDER** in the above-referenced action by transmitting a copy of the foregoing papers via E-Mail as indicated below:

Norman Simon                          Barry Berke
Nsimon@KRAMERLEVIN.com     bberke@kramerlevin.com

Sworn to before me this
31st day of October, 2007

_____
Notary Public

SUSAN EBERLE
Notary Public, State of New York
No. 01EB6120928
Qualified in NEW YORK County
Commission Expires JANUARY 3, 2009

_____
Tamara Lomax