BRILL & MEISEL
Rosalind S. Fink (RF-2492)
Ashley E. Normand (AN-1564)
845 Third Ave., 16th Floor
New York, New York 10020
(212)753-5599
*Attorneys for Petitioner Robert S. Gans*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ROBERT S. GANS                          :
                                        :
            Petitioner,                 :        ECF Case
                                        :
        -against-                       :        07 CV 9328 (LTS)(THK)
                                        :
BERNSTEIN LITOWITZ BERGER               :
& GROSSMANN LLP                         :
                                        :
            Respondent.                 :
-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action on

behalf of the petitioner Robert S. Gans and demands that a copy of all papers and proceedings

be directed to the address listed below. I hereby certify that I am admitted to practice in this

court.

Dated: New York, New York
        November 1, 2007

                                        **BRILL & MEISEL**
                                        Attorneys for Petitioner

                                        By: s/_____
                                             Ashley Normand (AN - 1564)
                                             845 Third Avenue, 16th Floor
                                             New York, New York 10020
                                             (212) 753-5599
                                             fax (212) 486-6587